# UNITED STATES DISTRICT COURT

District of _____

Judith Festa and Alfred Festa    SUMMONS IN A CIVIL CASE
V.
Simon Property Group, Inc.    CASE NUMBER: 05cv10667 GAO

TO: (Name and address of Defendant)

Simon Property Group, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington Street
Third Floor
Dedham, MA 02026

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON    APR 05 2005
CLERK    DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

April 20, 2005

I hereby certify and return that on 4/19/2005 at 2:15PM I served a true and attested copy of the Summons, Complaint and Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to E. Mitchell, agent and person in charge at the time of service for Summit Asset, Inc., at, 300 of 201 Longwood Avenue 111 Summit, Street, Boston, MA 02110. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($5.28), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.78

_John Cotter_
Deputy Sheriff

Deputy Sheriff John Cotter

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ Date _____
Signature of Server

Address of Server

05US357

AO 440 (Rev. 10/93) Summons in a Civil Action