UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10667GAO

**********************************************
JUDITH FESTA and                    *
ALFRED FESTA                        *
v.                                  *
                                    *
SIMON PROPERTY GROUP, INC.          *
**********************************************

## MOTION TO STRIKE AND SUBSTITUTE

Now comes the plaintiffs in the above referenced matter and respectfully moves this Honorable Court to strike the name of the defendant properly referenced as "Simon Property Group, Inc." and substitute therefore "Simon Property Group, LP."  As grounds therefore plaintiffs state that it appears that they have misnamed the defendant and the purpose of the enclosed pleading is to properly name the defendant as Simon Property Group, LP.

Dated:  November 1, 2005                The Plaintiffs, Judith Festa and
                                        Alfred Festa,
                                        By their attorney,
                                        Joseph G. Abromovitz, P.C.

                                        s/Joseph G. Abromovitz
                                        _____
                                        Joseph G. Abromovitz
                                        BBO NO. 011420
                                        858 Washington Street, 3rd Floor
                                        Dedham, MA 02026
                                        Phone: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, hereby certify that on the 1st day of November, 2005, I served a copy of this document by first class mail, postage prepaid to the following counsel of record:

Sean J. Milano, Esquire
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

                                                       s/Joseph G. Abromovitz
                                                       _____
                                                       Joseph G. Abromovitz