UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH FESTA, et al., )<br>  )<br>Plaintiff, )<br>v. )<br>  )<br>SIMON PROPERTY GROUP, INC., )<br>  )<br>Defendant. ) | CIVIL ACTION<br>NO. 05-10667-WGY |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE YOUNG

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On    March 30, 2006   , I held the following ADR proceeding:

|   |   |   |   |
|---|---|---|---|
|         | SCREENING CONFERENCE |         | EARLY NEUTRAL EVALUATION |
|   X    | MEDIATION |         | SUMMARY BENCH/JURY TRIAL |
|         | MINI-TRIAL |         | SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                    / s / Judith Gail Dein
                                                    Judith Gail Dein, U.S. Magistrate Judge
DATED: March 30, 2006                               ADR Provider