# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Judith Festa, et. al.

       Plaintiff

      V.

Simon Property Group, Inc.

       Defendant

CIVIL ACTION

NO. 05cv10667-WGY

## SETTLEMENT ORDER OF DISMISSAL

William G. Young, D. J.

    The Court having been advised on March 30, 2006 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                 By the Court,

March 31, 2006                              /s/Matthew A. Paine

     Date                                          Deputy Clerk

(Settlement Order.wpd - 12/98)